

SIGNED  December 17, 2020
 THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| In re: Ronette Nicole Hill | CASE NO. 20–61519 |
|---|---|
| Debtor(s) | CHAPTER 13 |

### ORDER DISMISSING CASE

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related pending motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. If the Discharge Order has been issued, the same is recinded.

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

van02

**END OF ORDER**

United States Bankruptcy Court

Western District of Virginia

In re: | Case No. 20-61519-rbc
Ronette Nicole Hill | Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0423-6 | User: admin | Page 1 of 2
Date Rcvd: Dec 17, 2020 | Form ID: van02 | Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronette Nicole Hill, 10705 Ned Court, #12, Charlotte, NC 28273-9176 |
| 4957244 | + | Augusta Medical Group, Attn: 19594E, PO Box 14000, Belfast, ME 04915-4033 |
| 4957245 | + | DC Treasurer, PO Box 2014, Washington, DC 20013-2014 |
| 4957246 | | GEICO, One Geico Plaza, Bethesda, MD 20811-0001 |
| 4957247 | + | James A. Evans, 2101 Parks Avenue, Suite 301, Virginia Beach, VA 23451-4183 |
| 4957248 | + | NC Quick Pass, PO Box 71116, Charlotte, NC 28272-1116 |
| 4957249 | + | PAM - DelDOT, PO Box 3032, Milwaukee, WI 53201-3032 |
| 4957250 | + | Pediatric Associates of Charlottesville, 302 Hickman Rd, Suite 102, Charlottesville, VA 22911-3572 |
| 4957251 | + | The Park At Steel Creek, 13301 Crescent Springs Drive, Charlotte, NC 28273-9128 |
| 4957252 | + | UNC Health Care, PO Box 602948, Charlotte, NC 28260-2948 |
| 4957253 | + | UNC Health Care System, PO Box 603158, Charlotte, NC 28260-3158 |
| 4957254 | + | US Dept Education / GLE, PO Box 7859, Madison, WI 53707-7859 |
| 4957256 | + | Virginia Housing Development Authority, Attn: ACH, PO Box 4549, Richmond, VA 23220-8549 |
| 4957257 | + | Washington DC CCU, PO Box 96934, Washington, DC 20090-6934 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4960825 | | EDI: WFFC.COM | | |
| | | | Dec 18 2020 02:28:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 4957255 | + | EDI: VACU.COM | | |
| | | | Dec 18 2020 02:28:00 | Virginia Credit Union, PO Box 90010, Richmond, VA 23225-9010 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020        Signature:     /s/Joseph Speetjens

| District/off: 0423-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: van02 | Total Noticed: 16 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

**Name**  **Email Address**

Herbert L Beskin(82)

hbeskin@cvillech13.net  bss@cvillech13.net

USTrustee

USTPRegion04.RN.ECF@usdoj.gov

William Harville

on behalf of Debtor Ronette Nicole Hill harvillebk@gmail.com  813@notices.nextchapterbk.com

TOTAL: 3